1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSEPH AARON MCKISSICK,

12                        Plaintiff,

13          v.

14   JOSIE GASTELO et al.,

15

16                        Defendants.

Case No. 2:21-cv-01945-VAP (MAA)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

18   Complaint, the other records on file herein, and the Report and Recommendation of

19   the United States Magistrate Judge.  The time for filing objections has expired and

20   no objections have been made.  The Court accepts the findings and

21   recommendations of the Magistrate Judge.

22          IT THEREFORE IS ORDERED that:

23          1.    The Report and Recommendation of the Magistrate Judge is

24                ACCEPTED;

25          2.    Plaintiff's Third Amended Complaint is DISMISSED WITH

26                PREJUDICE and WITHOUT LEAVE TO AMEND with respect to:

27                a.    Defendant Jose Gastelo, Defendant Garcia, and Defendant

28                      Sandavol; and

    b.  Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Urbina, except for the allegation that Defendant Urbina did not provide needed cleaning supplies in response to Plaintiff's several requests.

  3.  Plaintiff's Third Amended Complaint will PROCEED solely as to Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Urbina for repeated denial of requested cleaning supplies.

DATED: January 19, 2022

           VIRGINIA A. PHILLIPS
         UNITED STATES DISTRICT JUDGE