UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **2:21-cv-01945-VAP (MAA)**                              Date:  **August 24, 2022**

Title    **Joseph Aaron McKissick v. Josie Gastelo et al.**

Present:   The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Regarding Plaintiff's Failure to File Opposition to Defendant's Motion to Dismiss

On July 5, 2022, Defendant J. Urbina ("Defendant") filed a Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion").  (Mot., ECF No. 40.)  On July 6, 2022, the Court ordered Plaintiff to file and serve an Opposition to the Motion no later than August 4, 2022.  (ECF No. 41.)  The Court advised Plaintiff that "failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action. See C.D. Cal. L.R. 7-12."  (*Id.*)  To date, Plaintiff has not filed an Opposition to the Motion.

Plaintiff is **ORDERED TO SHOW CAUSE** by **September 23, 2022** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion, failure to comply with court orders, and failure to prosecute.  If Plaintiff files an Opposition to the Motion before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to file an Opposition to the Motion will be deemed as consent to the granting of the Motion and will result in a recommendation that this action be dismissed.  C.D. Cal. L.R. 7-12.  Plaintiff also is advised that failure to comply with this Order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.