UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AARON MCKISSICK,<br><br>Plaintiff,<br><br>v.<br><br>JOSIE GASTELO et al.,<br><br>Defendants. | Case No. 2:21-cv-01945-VAP (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint (ECF No. 13), the briefs and documents filed in support of Defendant J. Urbina's ("Defendant") Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion," ECF No. 40), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 45). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and
2. Defendant's Motion is GRANTED;

1     3.     The Third Amended Complaint and the entire action are
2                 DISMISSED;
3     4.     Judgment shall be ENTERED dismissing the entire action without
4                 prejudice.

DATED: October 26, 2022

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2