|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH AARON MCKISSICK, | Case No. 2:21-cv-01945-VAP (MAA) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOSIE GASTELO et al., | |
| Defendants. | |

   Pursuant to the Order of Dismissal filed herewith,

   IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.


DATED: October 26, 2022

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE